**No. 11-5711. Jose Luis Buenrostro, aka Jose Luis Buen Rostro, Petitioner v. United States.**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8405.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 919, 132 S. Ct. 342, 181 L. Ed. 2d 215, 2011 U.S. LEXIS 7096.